IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Leo McClam, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 3:08-1930-TLW-JRM |
| | ) | |
| Mr. NFN Gant; Mr. Khalid Muhammad, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

# ORDER

On May 16, 2008, the plaintiff Leo McClam ("plaintiff"), proceeding *pro se*, filed this action pursuant to 28 U.S.C. § 1983. (Doc. #1). The case was referred to Magistrate Judge Joseph R. McCrorey pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 26). On January 9, 2009 the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the action be dismissed with prejudice for lack of prosecution. (Doc. #26). The plaintiff filed no objections to the report. Objections were due on January 29, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

1

Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.**  (Doc. #26).

**IT IS SO ORDERED**.

s/Terry L. Wooten  
United States District Judge

February 13, 2009  
Florence, South Carolina